IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ASCENTIUM CAPITAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NUMBER |
| ADAMS TANK & LIFT, INC.; ANDREW J. | ) | 1:15-cv-00123-LJA |
| ADAMS; PHOENIX PETROLEUM, LLC; | ) | |
| GREAT AMERICAN TRAVEL CENTER, | ) | |
| LLC; FALCON ENTITY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED DECLARATION OF TONY CAMPI

I, Tony Campi, declare under penalty of perjury that:

1.

I am more than 18 years of age and am otherwise fully competent to testify to the matters set forth in this declaration.

2.

I am employed by Ascentium Capital LLC ("Ascentium"), the plaintiff in the above-captioned case, as Vice President and Manager of Special Assets.

3.

This declaration is based upon my personal knowledge and my review of Ascentium's business records maintained in the ordinary course of its business.

4.

I am personally familiar with the agreements and relevant documents at issue in the pending litigation and the amounts due and owing under said agreements.

5.

I have reviewed Ascentium's records concerning the account of Defendant Phoenix Petroleum, LLC ("Phoenix") and guarantees of Falcon Entity, LLC ("Falcon"), which relate to the allegations in the Complaint.

6.

The outstanding and unpaid indebtedness due under the First Cairo Agreement includes the principal sum, late fees, and pre-judgment interest from October 10, 2014 through August 24, 2015 totaling $60,192.28, additional pre-judgment interest from August 25, 2015 through October 9, 2015 of $1,213.48, and additional pre-judgment interest from October 10, 2015 through the date of entry of judgment at the default rate of 16.00% per annum or $26.38 per day.

7.

The outstanding and unpaid indebtedness due under the Second Cairo Agreement includes the principal sum, late fees, and pre-judgment interest from October 10, 2014 through August 24, 2015 totaling $43,128.19, pre-judgment interest from August 25, 2015 through October 9, 2015 of $869.40, and additional pre-judgment interest from October 10, 2015 through the date of entry of judgment at the default rate of 16.00% per annum or $18.90 per day.

The outstanding and unpaid indebtedness due under the Jackson Agreement is the principal sum of $166,562.56, late fees of $3,875.10, pre-judgment interest of $26,648.65 through October 9, 2015, and additional pre-judgment interest from October 10, 2015 through the date of entry of judgment at the default rate of 16.00% per annum or $73.01 per day.

8.

To date, Falcon has failed to reimburse Ascentium for the outstanding debt demanded.

9.

The accrued interest under the Agreements, outstanding principal balance under the Agreements, and all amounts reflected as outstanding above and in this Affidavit are based upon my personal knowledge, my review of the Jackson Agreements, Cairo Agreements, Jackson and Cairo Guarantees, and the history of payments and other amounts applied toward the outstanding amounts owed. Attached as **COMPOSITE EXHIBIT A** are true and correct copies of the loan histories for the First Cairo Agreement, the Second Cairo Agreement, and the Jackson Agreement, which were created and maintained by Ascentium in the regular course of its business by persons within Ascentium who have personal knowledge of these transactions. These loan histories depict the amounts advanced, payments and credits applied, interest and late charges assessed, and outstanding balances of these Agreements. It is the regular practice of Ascentium to make and maintain these types of loan histories in the ordinary course of its business.

*[Signature on Following Page]*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE.


ASCENTIUM CAPITAL LLC


TONY CAMPI, VICE PRESIDENT-
MANAGER, SPECIAL ASSETS

# COMPOSITE EXHIBIT A

```
PMRLSPMT                                                01 Ascentium Capital LLC                                          Page     1
Operator: TMC                                      Payment History Report - Summary                      October  9, 2015   4:08 PM
                                                          As of 10/09/2015
```

Contract Number:        2118850
Customer:               Phoenix Petroleum, LLC
Address Line 1:         1920 ALBANY HWY
Address Line 2:
City, State, Zip:       DAWSON,GA
Equipment Description:  Dispensers and Canopy

Term of Contract:   60 Months
Payment Frequency:  Monthly
Payment Structure:  Irregular
Inception Date:     7/10/13
First Payment Date: 7/10/13
Maturity Date:      7/10/18

Regular Payment Amount:     3,875.08
Total Scheduled Payments:  264,748.92
Total Amount Applied:       88,855.42
Current Schedule Balance:  175,893.50
Unapplied Cash:                  .00
Security Deposit:                .00
Equipment Cost:            216,000.00
Residual Value:                  .00

* Indicates contract is a Loan

| Trx No. | Effective Date | Pmt Due Date | Dys Lt | Check Number | Transaction Amount | T T | Contract Payment | Sales Tax | Property Tax | Late Fees | Misc/Other | T C | Equipment Purchase | Security Deposit | Unapplied Cash | Schedule Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/01/13 | 7/01/13 | | 15035 | 495.00 | P | .00 | .00 | .00 | .00 | 495.00 | | .00 | .00 | .00 | 264,748.92 |
| 2 | 7/01/13 | 7/10/13 | | 15038 | 24,000.00 | P | 24,000.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 240,748.92 |
| 3 | 8/10/13 | 8/10/13 | | 1 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 236,116.39 |
| 4 | 8/12/13 | 8/10/13 | 2 | 7006 | 1,389.76 | P | .00 | .00 | .00 | .00 | 1,389.76 | | .00 | .00 | .00 | 236,116.39 |
| 5 | 9/10/13 | 9/10/13 | | 3 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 231,483.86 |
| 6 | 10/10/13 | 10/10/13 | | 7 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 226,851.33 |
| 7 | 10/10/13 | 10/10/13 | | 8 | 389.85 | P | .00 | .00 | .00 | .00 | 389.85 | | .00 | .00 | .00 | 226,851.33 |
| 8 | 10/10/13 | 10/10/13 | | 8 | -389.85 | R | .00 | .00 | .00 | .00 | -389.85 | | .00 | .00 | .00 | 226,851.33 |
| 9 | 10/10/13 | 10/10/13 | | 9 | 19.58 | P | .00 | .00 | .00 | .00 | 19.58 | | .00 | .00 | .00 | 226,851.33 |
| 10 | 10/10/13 | 10/10/13 | | 9 | -19.58 | R | .00 | .00 | .00 | .00 | -19.58 | | .00 | .00 | .00 | 226,851.33 |
| 11 | 11/22/13 | 10/10/13 | 43 | 10 | 333.32 | P | .00 | .00 | .00 | .00 | 333.32 | | .00 | .00 | .00 | 226,851.33 |
| 12 | 11/22/13 | 10/10/13 | 43 | 11 | 16.74 | P | .00 | .00 | .00 | .00 | 16.74 | | .00 | .00 | .00 | 226,851.33 |
| 13 | 11/22/13 | 11/10/13 | 12 | 12 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 222,218.80 |
| 14 | 11/22/13 | 11/20/13 | 2 | 13 | 463.25 | P | .00 | .00 | .00 | 463.25 | .00 | | .00 | .00 | .00 | 222,218.80 |
| 15 | 12/10/13 | 12/10/13 | | 14 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 217,586.27 |
| 16 | 1/10/14 | 1/10/14 | | 15 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 212,953.74 |
| 17 | 2/10/14 | 2/10/14 | | 16 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 208,321.21 |
| 18 | 3/10/14 | 3/10/14 | | 17 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 203,688.68 |
| 19 | 4/10/14 | 4/10/14 | | 18 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 199,056.15 |
| 20 | 5/10/14 | 5/10/14 | | 19 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 194,423.62 |
| 21 | 6/10/14 | 6/10/14 | | 20 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 189,791.09 |
| 22 | 7/10/14 | 7/10/14 | | 21 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 185,158.56 |
| 23 | 8/10/14 | 8/10/14 | | 22 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 180,526.03 |
| 24 | 9/10/14 | 9/10/14 | | 23 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 175,893.50 |
| 25 | 10/10/14 | 10/10/14 | | 24 | 4,632.53 | R | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 171,260.97 |
| 26 | 10/10/14 | 10/10/14 | | 24 | -4,632.53 | R | -4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 175,893.50 |
| 27 | 10/16/14 | 10/10/14 | 6 | 25 | 4,632.53 | P | 4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 171,260.97 |
| 28 | 10/16/14 | 10/10/14 | 6 | 25 | -4,632.53 | R | -4,632.53 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 175,893.50 |
| 29 | 10/16/14 | 10/10/14 | | 26 | 30.00 | P | .00 | .00 | .00 | .00 | 30.00 | | .00 | .00 | .00 | 175,893.50 |
| 30 | 10/16/14 | 10/10/14 | | 26 | -30.00 | R | .00 | .00 | .00 | .00 | -30.00 | | .00 | .00 | .00 | 175,893.50 |
| Total: | | | | | 91,553.49 | | 88,855.42 | .00 | .00 | 463.25 | 2,234.82 | | | | .00 | 175,893.50 |

Report Keys:  TT Column Values for Transaction Type
              C = Credit Rental and Credit Memo
              D = Discount Automatic Update
              M = Miscellaneous Cash
              P = Cash Receipt and Unapplied Cash
              R = Return Check
              W = Write Off

              TC Column Values for Misc/Other Transaction Code
              <blank>  Tran code not setup, or Miscellaneous Cash

PMRLSPMT
Operator: TMC

01 Ascentium Capital LLC
Payment History Report - Summary
As of 10/09/2015

October 9, 2015   Page 1
4:02 PM

| Contract Number: | 2116122 |
| Customer: | Phoenix Petroleum, LLC |
| Address Line 1: | 1920 ALBANY HWY |
| Address Line 2: | |
| City, State, Zip: | DAWSON, GA |
| Equipment Description: | Dispensers, Canopy, etc |

| | |
|---|---|
| Term of Contract: | 60 Months |
| Payment Frequency: | Monthly |
| Payment Structure: | Regular |
| Inception Date: | 2/10/13 |
| First Payment Date: | 2/10/13 |
| Maturity Date: | 2/10/18 |
| Regular Payment Amount: | 3,069.00 |
| Total Scheduled Payments: | 184,140.00 |
| Total Amount Applied: | 138,849.00 |
| Current Schedule Balance: | 45,291.00 |
| Unapplied Cash: | .00 |
| Security Deposit: | .00 |
| Equipment Cost: | 150,000.00 |
| Residual Value: | .00 |

\* Indicates contract is a loan

| Trx No. | Effective Date | Pmt Due Date | Dys Lt | Check Number | Transaction Amount | T T | Contract Payment | Sales Tax | Property Tax | Late Fees | Misc/ Other | T C | Equipment Purchase | Security Deposit | Unapplied Cash | Schedule Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/25/13 | 2/10/13 | | 6992 | 1,023.00 | P | 1,023.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 183,117.00 |
| 2 | 1/25/13 | 2/10/13 | | 7308 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 181,071.00 |
| 3 | 1/25/13 | 2/10/13 | | 7309 | 3,539.00 | P | 3,069.00 | .00 | .00 | .00 | 470.00 | | .00 | .00 | .00 | 178,002.00 |
| 4 | 3/10/13 | 3/10/13 | | 1 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 174,933.00 |
| 5 | 4/11/13 | 4/10/13 | 1 | 2 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 171,864.00 |
| 6 | 5/10/13 | 5/10/13 | | 3 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 168,795.00 |
| 7 | 5/20/13 | 3/10/13 | 71 | 4 | 1,534.50 | P | .00 | .00 | .00 | .00 | 1,534.50 | | .00 | .00 | .00 | 168,795.00 |
| 8 | 6/10/13 | 6/10/13 | | 5 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 165,726.00 |
| 9 | 7/10/13 | 7/10/13 | | 6 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 162,657.00 |
| 10 | 8/10/13 | 8/10/13 | | 7 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 159,588.00 |
| 11 | 9/10/13 | 9/10/13 | | 9 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 156,519.00 |
| 12 | 10/10/13 | 10/10/13 | | 11 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 153,450.00 |
| 13 | 11/10/13 | 11/10/13 | | 12 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 150,381.00 |
| 14 | 12/10/13 | 12/10/13 | | 13 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 147,312.00 |
| 15 | 1/10/14 | 1/10/14 | | 14 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 144,243.00 |
| 16 | 2/10/14 | 2/10/14 | | 15 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 141,174.00 |
| 17 | 3/10/14 | 3/10/14 | | 16 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 138,105.00 |
| 18 | 4/10/14 | 4/10/14 | | 17 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 135,036.00 |
| 19 | 5/10/14 | 5/10/14 | | 18 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 131,967.00 |
| 20 | 6/10/14 | 6/10/14 | | 19 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 128,898.00 |
| 21 | 7/10/14 | 7/10/14 | | 20 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 125,829.00 |
| 22 | 8/10/14 | 8/10/14 | | 21 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 122,760.00 |
| 23 | 9/10/14 | 9/10/14 | | 22 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 119,691.00 |
| 24 | 10/10/14 | 10/10/14 | | 23 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 116,622.00 |
| 25 | 10/10/14 | 10/10/14 | | 23 | -3,069.00 | R | -3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 119,691.00 |
| 26 | 10/16/14 | 10/10/14 | 6 | 24 | 3,069.00 | P | 3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 116,622.00 |
| 27 | 10/16/14 | 10/10/14 | | 24 | -3,069.00 | R | -3,069.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 119,691.00 |
| 28 | 10/16/14 | 10/10/14 | | 25 | 30.00 | P | .00 | .00 | .00 | .00 | 30.00 | | .00 | .00 | .00 | 119,691.00 |
| 29 | 10/16/14 | 10/10/14 | | 25 | -30.00 | R | .00 | .00 | .00 | .00 | -30.00 | | .00 | .00 | .00 | 119,691.00 |
| 30 | 8/24/15 | 10/10/14 | 318 | 15832 | 74,400.00 | P | 74,400.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 45,291.00 |
| Total: | | | | | 140,853.50 | | 138,849.00 | .00 | .00 | .00 | 2,004.50 | | .00 | .00 | .00 | 45,291.00 |

Report Keys:

TT Column Values for Transaction Type
C = Credit Rental and Credit Memo
D = Discount Automatic Update
M = Miscellaneous Cash
P = Cash Receipt and Unapplied Cash
R = Return Check
W = Write Off

TC Column Values for Misc/Other Transaction Code
<blank>   Tran code not setup, or Miscellaneous Cash

PMRLSPMT  
Operator: TMC

01 Ascentium Capital LLC  
Payment History Report - Summary  
As of 10/09/2015

Page 1  
October 9, 2015  4:03 PM

| | |
|---|---|
| Contract Number: | 2118557 |
| Customer: | Phoenix Petroleum, LLC |
| Address Line 1: | 1920 ALBANY HWY |
| Address Line 2: | |
| City, State, Zip: | DAWSON, GA |
| Equipment Description: | Dispensers, Canopy, etc |

| | | | |
|---|---|---|---|
| Term of Contract: | 60 Months | Regular Payment Amount: | 2,046.00 |
| Payment Frequency: | Monthly | Total Scheduled Payments: | 122,760.00 |
| Payment Structure: | Regular | Total Amount Applied: | 88,026.00 |
| Inception Date: | 2/10/13 | Current Schedule Balance: | 34,734.00 |
| First Payment Date: | 2/10/13 | Unapplied Cash: | .00 |
| Maturity Date: | 2/10/18 | Security Deposit: | .00 |
| | | Equipment Cost: | 100,000.00 |
| | | Residual Value: | .00 |

* Indicates contract is a Loan

| Trx No. | Effective Date | Pmt Due Date | Dys Lt | Check Number | Transaction Amount | T T | Contract Payment | Sales Tax | Property Tax | Late Fees | Misc/ Other | T C | Equipment Purchase | Security Deposit | Unapplied Cash | Schedule Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/25/13 | 2/10/13 | | 6992 | 4,092.00 | P | 4,092.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 118,668.00 |
| 2 | 1/25/13 | 2/10/13 | | 7308 | 295.00 | P | .00 | .00 | .00 | .00 | 295.00 | | .00 | .00 | .00 | 118,668.00 |
| 3 | 3/10/13 | 3/10/13 | | 1 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 116,622.00 |
| 4 | 4/11/13 | 4/10/13 | 1 | 2 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 114,576.00 |
| 5 | 5/10/13 | 5/10/13 | | 3 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 112,530.00 |
| 6 | 5/20/13 | 5/10/13 | 71 | 4 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 110,484.00 |
| 7 | 6/10/13 | 6/10/13 | | 5 | 1,023.00 | P | .00 | .00 | .00 | .00 | 1,023.00 | | .00 | .00 | .00 | 110,484.00 |
| 8 | 7/10/13 | 7/10/13 | | 6 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 108,438.00 |
| 9 | 8/10/13 | 8/10/13 | | 7 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 106,392.00 |
| 10 | 9/10/13 | 9/10/13 | | 9 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 104,346.00 |
| 11 | 10/10/13 | 10/10/13 | | 11 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 102,300.00 |
| 12 | 11/10/13 | 11/10/13 | | 12 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 100,254.00 |
| 13 | 12/10/13 | 12/10/13 | | 13 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 98,208.00 |
| 14 | 1/10/14 | 1/10/14 | | 14 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 96,162.00 |
| 15 | 2/10/14 | 2/10/14 | | 15 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 94,116.00 |
| 16 | 3/10/14 | 3/10/14 | | 16 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 92,070.00 |
| 17 | 4/10/14 | 4/10/14 | | 17 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 90,024.00 |
| 18 | 5/10/14 | 5/10/14 | | 18 | 2,046.00 | P | 2,045.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 87,978.00 |
| 19 | 6/10/14 | 6/10/14 | | 19 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 85,932.00 |
| 20 | 7/10/14 | 7/10/14 | | 20 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 83,886.00 |
| 21 | 8/10/14 | 8/10/14 | | 21 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 81,840.00 |
| 22 | 9/10/14 | 9/10/14 | | 22 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 79,794.00 |
| 23 | 10/10/14 | 10/10/14 | | 23 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 77,748.00 |
| 24 | 10/10/14 | 10/10/14 | | 23 | -2,046.00 | R | -2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 79,794.00 |
| 25 | 10/16/14 | 10/10/14 | 6 | 24 | 2,046.00 | P | 2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 77,748.00 |
| 26 | 10/16/14 | 10/10/14 | | 24 | -2,046.00 | R | -2,046.00 | .00 | .00 | .00 | .00 | | .00 | .00 | .00 | 79,794.00 |
| 27 | 10/16/14 | 10/10/14 | | 25 | 30.00 | P | .00 | .00 | .00 | .00 | 30.00 | | .00 | .00 | .00 | 79,794.00 |
| 28 | 10/16/14 | 10/10/14 | 6 | 25 | -30.00 | R | .00 | .00 | .00 | .00 | -30.00 | | .00 | .00 | .00 | 79,794.00 |
| 29 | 8/24/15 | 10/10/14 | 318 | 15832 | 49,600.00 | P | 45,060.00 | .00 | .00 | .00 | 4,540.00 | | .00 | .00 | .00 | 34,734.00 |
| **Total:** | | | | | 93,884.00 | | 88,026.00 | .00 | .00 | .00 | 5,858.00 | | .00 | .00 | .00 | 34,734.00 |

Report Keys: TT Column Values for Transaction Type  
C = Credit Rental and Credit Memo  
D = Discount Automatic Update  
M = Miscellaneous Cash  
P = Cash Receipt and Unapplied Cash  
R = Return Check  
W = Write Off  
<blank> Tran code not setup, or Miscellaneous Cash

TC Column Values for Misc/Other Transaction Code  
<blank> Tran code not setup, or Miscellaneous Cash